# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GERARDO MEJIA-MERCADO,<br><br>Defendant | Case No.: 19CR3348-WQH<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS**<br><br>The Honorable William Q. Hayes |

Upon motion by the United States and for good cause shown, Motion (ECF No. 26) is granted.

IT IS ORDERED that this case be dismissed without prejudice.

SO ORDERED.

Dated: 10/10/2019         _____
THE HONORABLE LARRY ALAN BURNS
Chief United States District Judge